**STATE of Missouri, Plaintiff/Respondent,**

v.

**Albert MILLSAPP, Defendant/Appellant.**

**NO. ED 104589**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

Filed: September 12, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied
October 23, 2017

Application of Transfer Denied
December 19, 2017

FOR APPELLANT: Jessica Hathaway, 120 South Central Avenue, Suite 130, St. Louis, Missouri 63105.

FOR RESPONDENT: Daniel N. McPherson, P.O. Box 899, Jefferson City, Missouri 65102.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

ORDER

PER CURIAM

Albert Millsapp appeals the trial court's judgment and sentence after a jury convicted him of felony murder, first-degree robbery, and possession of a controlled substance. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).